IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIAN WU,

    Plaintiff,

v.

YUN SANG IP, ET AL,

    Defendant.
                                   /

No. C 93-04467 WHA

**ORDER**

    The Court has received plaintiff's request for an extension of the writ of execution of judgment. The request is unnecessary because the writ of execution does not expire.

**IT IS SO ORDERED.**

Dated: October 20, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE